**Motion Granted; Vacated and Remanded and Memorandum Opinion filed December 12, 2017.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-16-00604-CV

---

## HAPPINESS AJAEGBU AND GABRIEL AJAEGBU, Appellants

## V.

## LAS VARANDAS DEL SUR APARTMENT, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1074728**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 26, 2016. On November 29, 2017, the parties filed a joint motion to set aside or vacate the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we set aside the trial court's judgment signed July 26, 2016, without regard to the merits and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Busby and Wise.